AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ALQUIST, NANCY V. | BANKRUPTCY COURT, DISTRICT OF MARYLAND | 06/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY JUDGE | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

CHAMBERS 2A
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER | INTERNATIONAL JUDICIAL ACADEMY |
| 2. | BOARD MEMBER | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALQUIST, NANCY V. | 06/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | ANNUAL | DISTRIBUTION FROM IRA |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | COMMERCIAL LAW DEVELOPMENT PROGRAM (CLDP) U.S. DEPARTMENT OF COMMERCE | APRIL 1, 2015 - APRIL 10, 2015 | BANJA LUKA, RS, SARAJEVO, BOSNIA & HERZEGOVINA | MEETING WITH ANOTHER GOVERNMENT ENTITY, PROGRAM WORKING DATES 4/6, 4/7, 4/9, 4/15 | TRAVEL HOTEL, MEALS |
| 2. | COMMERCIAL LAW DEVELOPMENT PROGRAM (CLDP) U.S. DEPARTMENT OF COMMERCE | MAY 6, 2015 - MAY 13, 2015 | YEREVAN, AFRMENIA | MEETING WITH ANOTHER GOVERNMENT ENTITY, PROGRAM, WORKING DATES 5/11 - 5/12/15 | TRAVEL HOTEL, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| ALQUIST, NANCY V. | 06/13/2016 |

| 3. | COMMERCIAL LAW DEVELOPMENT PROGRAM (CLDP) U.S. DEPARTMENT OF COMMERCE | MAY 13, 2015 - MAY 15, 2015 | TBILISI, REPUBLIC OF GEORGIA | MEETING WITH ANOTHER GOVERNMENT ENTITY, PROGRAM, WORKING DATES 5/14 - 5/15,15 | TRAVEL HOTEL, MEALS |
|---|---|---|---|---|---|
| 4. | COMMERCIAL LAW DEVELOPMENT PROGRAM (CLDP) U.S. DEPARTMENT OF COMMERCE | AUGUST 5, 2015 B- AUGUST 15, 2015 | NEW DELHI, INDIA | MEETING WITH ANOTHER GOVERNMENT ENTITY, PROGRAM WORKING DATES 8/10-8/12/15 | TRAVEL HOTEL, MEALS |
| 5. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | SEPTEMBER 27, 2015 - SEPTEMBER 29, 2015 | MIAMI BEACH, FLORIDA | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | TRAVEL, HOTEL, MEALS |
| 6. | COMMERCIAL LAW DEVELOPMENT PROGRAM (CLDP) U.S. DEPARTMENT OF COMMERCE | NOVEMBER 5, 2015 - NOVEMBER 14, 2015 | CASABLANCA, MOROCCO | MEETING WITH ANOTHER GOVERNMENT ENTITY, PROGRAM WORKING DATES 11/12 - 11/13/15 | TRAVEL, HOTEL, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| **ALQUIST, NANCY V.** | 06/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALQUIST, NANCY V. | 06/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PERSONALLY OWNED (HEADER) | | | | | | | | | |
| 2. M& T CHECKING | A | Interest | J | T | | | | | |
| 3. VANGUARD INDUSTRIAL INDEX FUND | A | Dividend | N | T | | | | | |
| 4. HARBOR CAPITAL APPRECIATION | A | Dividend | N | T | | | | | |
| 5. | | | | | | | | | |
| 6. SPOUSE OWNED (HEADER) | | | | | | | | | SEE PART VIII |
| 7. M & T CHECKING | A | Interest | J | T | | | | | |
| 8. BAIRD MONEY MARKET | A | Interest | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. SPOUSE IRA (HEADER) | | | | | | | | | |
| 11. ROYCE FUND PENNSYLVANIA RYPCX | A | Dividend | K | T | Sold (part) | 02/17/15 | J | A | |
| 12. | | | | | Sold (part) | 02/18/15 | K | A | |
| 13. | | | | | Sold (part) | 05/21/15 | J | A | |
| 14. BAIRD MONEY MARKET | A | Interest | J | T | | | | | |
| 15. CLEARBRIDGE SPECIAL INVESTMENT LMSAX | A | Dividend | | | Sold | 02/17/15 | K | A | |
| 16. LEGG MASON CAP MANAGEMENT OPPORTUNITY LMOPX | A | Dividend | M | T | Sold (part) | 05/29/15 | K | A | |
| 17. | | | | | Sold (part) | 08/07/15 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALQUIST, NANCY V. | 06/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 10/01/15 | K | A | |
| 19. FED INT SMALL MID CAPITAL FD ISCAX | A | Dividend | L | T | | | | | |
| 20. COMPUGEN CGEN | A | Dividend | | | Sold | 10/01/15 | J | A | |
| 21. PRUDENTIAL INV. JENNISON EQUITY INCOME JEIBX | A | Dividend | L | T | Sold (part) | 05/29/15 | J | A | |
| 22. PRUDENTIAL INV. JENNISON 20/20 FOCUS PTWBX | A | Dividend | L | T | Sold (part) | 05/29/15 | K | A | |
| 23. FEDERATED EQUITY RIMAX (INTERCONTINENTAL) (INTERCONTINENTAL) | A | Dividend | J | T | | | | | |
| 24. PUTNAM CAPITAL SPECTRUM CL B PVSBX | A | Dividend | L | T | | | | | |
| 25. PRINCIPAL SMALL MID CAP DIVIDEND INCOME CL A PMDAX | A | Dividend | L | T | | | | | |
| 26. MILLER INCOME OPPTY LMCJX | A | Dividend | L | T | | | | | |
| 27. FEDERATED INT LEADERS FGFAX | A | Dividend | L | T | Buy | 05/29/15 | L | | |
| 28. HARTFORD GROWTH OPPTYS CL A HGOAX | A | Dividend | L | T | Buy | 08/07/15 | K | | |
| 29. | | | | | Buy (add'l) | 10/13/15 | K | | |
| 30. DEARBORN PARTNERS RISING DIVIDEND CL A DRDAX | A | Dividend | K | T | Buy | 02/18/15 | L | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **ALQUIST, NANCY V.** | 06/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII

MARRIED, SEPTEMBER 20, 2014

LINES 7-26, ASSETS OWNED BY SPOUSE ON DECEMBVER 31, 2014

LINES 27 - 30, ASSETS ACQUIRED BY SPOUSE IN 2015 AS INDICATED

| Name of Person Reporting | Date of Report |
|---|---|
| ALQUIST, NANCY V. | 06/13/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ NANCY V. ALQUIST

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544